*In re* **LUCAS**, Pamela D. (MR 19511)
Chicago, IL

Order of the Court:

The petition by the Administrator of the Attorney Registration and Disciplinary Commission to impose discipline on consent pursuant to Supreme Court Rule 762(b) is allowed, and respondent Pamela D. Lucas is suspended from the practice of law for three years and until further order of the Court.

*In re* **LUSTIG**, Steven David (MR 19460)
Chicago, IL

Order of the Court:

The motion by Steven David Lustig to strike his name from the roll of attorneys licensed to practice law in Illinois pursuant to Supreme Court Rule 762(a) is allowed, effective immediately.